# United States Bankruptcy Court
# Central District Of California

255 East Temple Street, Los Angeles, CA 90012

## NOTICE OF DISMISSAL WITH RESTRICTION AGAINST DEBTOR'S RE−FILING

**DEBTOR(S) INFORMATION:**  
Christopher Whitman Hammond  
**SSN:** xxx−xx−6290  
**EIN:** N/A

3659 Shannon Rd  
Los Angeles, CA 90027

**BANKRUPTCY NO.** 2:08−bk−22417−EC  
**CHAPTER** 13

You are notified that an order was entered **DISMISSING** the above−captioned case with a prohibition against the refiling of another bankruptcy petition by or against the debtor for 180 days from the date this order is entered.

Any discharge entered in this case is hereby vacated in its entirety.

Dated: September 25, 2008

For The Court,  
**Jon D. Ceretto**  
Clerk of Court

(Form ndwr rev. 11/97) VAN−18

**17 / MD2**